# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:05cv430-C

| | |
|---|---|
| KAREN FIELDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOANNE B. BARNHART, )<br>Commissioner, Social Security )<br>Administration, )<br>)<br>Defendant. )<br>)<br>_____ ) | ORDER |

**THIS MATTER** came before the Court on plaintiff's "ApplicationTo Proceed In Forma Pauperis . . .," filed October 11, 2005. (Doc. No. 3). The Court granted the motion on October 21, 2005. (Doc. No. 4). However, the Order did not specify that officers of the court would issue and serve process, as provided in 28 U.S.C. § 1915(d).

**IT IS, THEREFORE, ORDERED** that the United States Marshal's Service shall issue and serve process in this matter.

The Clerk is directed to send copies of this Order to counsel for the parties and the United States Marshal's Service.

**Signed: November 16, 2005**

_____
Robert J. Conrad, Jr.
United States District Judge