# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Karen Fields

       Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                          3:05cv430

Jo Anne B. Barnhart

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2006 Order.

July 13, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*
Cynthia Huntley, Deputy Clerk